IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JENNA LYNN MARTINEZ, Defendant. | 8:19–CR–296 ORDER GRANTING MOTION TO WITHDRAW AND DENYING SENTENCE RELIEF |

This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Jenna Lynn Martinez, Filing 62, and the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 64. After Martinez filed her Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent Martinez pursuant to General Order No. 2023-09. Filing 63. The purpose of this appointment was to determine whether Martinez qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 63 at 1. On February 20, 2024, Mr. Stickman moved to withdraw as counsel because Martinez "was not assessed any 'status criminal history points' in the Presentence Investigation Report and therefore no sentence reduction on this basis is allowed." Filing 64 at 1. The United States Probation Office also submitted a worksheet in this case which likewise notes that Martinez is not entitled to relief and that "[n]o status points were assessed." Filing 64 at 1.

The Court has conducted its own review of Martinez's *pro se* Motion, Filing 62, along with other relevant matters in the record. The Court concludes that Martinez is not entitled to the sentencing relief she seeks. Her *pro se* Motion, Filing 62, is therefore without merit and will be denied. The Court likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

1

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 64, is granted; and

2. Jenna Lynn Martinez's *pro se* Motion to Reduce Sentence, Filing 62, is denied.

Dated this 1st day of March, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge